Amy F. Sorenson, Esq.
Nevada Bar No. 12495
Karl O. Riley, Esq.
Nevada Bar No. 12077
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone (702) 784-5200
Facsimile (702) 784-5252
Email: asorenson@swlaw.com
         kriley@swlaw.com

*Attorneys for Defendant Wells Fargo Financial Nevada, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DARRELL L. DAWKINS, | CASE NO. 2:15-cv-00650-RFB-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO ANSWER** |
| CAPITAL ONE BANK (USA), N.A., WELLS FARGO FINANCIAL NEVADA, INC., PLUSFOUR, INC. and EXPERIAN INFORMATION SOLUTIONS, INC., | **(FIRST REQUEST)** |
| Defendants. | |

Plaintiff Darrell Dawkins ("Plaintiff") and Defendant Wells Fargo Financial Nevada, Inc. ("Wells Fargo," together with Plaintiff, the "Parties"), by and through their respective attorneys, hereby stipulates to extend the time for Wells Fargo to respond to Plaintiff's Complaint.

WHEREAS, on April 9, 2015, Plaintiff filed his Complaint;

WHEREAS, Wells Fargo filed a Waiver of Service of Summons on July 17, 2015, making its time to respond on August 25, 2015;

WHEREAS, the Parties agree to extend Wells Fargo's time to respond to Plaintiff's Complaint to consider potential resolution of this matter;

WHEREAS this request is not made for purposes of delay and is supported by good cause;

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

1. Wells Fargo will respond to Plaintiff's Complaint on or before September 28, 2015.

**IT IS SO STIPULATED.**

DATED this 25th day of August,, 2015.                    DATED this 25th day of August, 2015.

                                                                                     SNELL & WILMER L.L.P.

By: /s/ Danny J. Horen                                By: /s/ Karl O. Riley
    Danny J. Horen, Esq.                              Amy F. Sorenson, Esq.
    Nevada Bar No. 13153                              Nevada Bar No. 9036
    KAZEROUNI LAW GROUP, APC                          Karl O. Riley, Esq.
    7854 W. Sahara Avenue                             Nevada Bar No. 12077
    Las Vegas, Nevada 89117                           3883 Howard Hughes Parkway, Suite 1100
    Tel: (702) 485-3300                               Las Vegas, Nevada 89169
                                                      Tel: (702) 784-5200
    David H. Krieger                                  *Attorneys for Defendant Wells Fargo*
    Nevada Bar No. 9086                               *Home Mortgage, Inc.*
    HAINES & KRIEGER, LLC
    8985 S. Eastern Avenue
    Henderson, NV 89123
    Tel: (702) 880-5554

*Attorneys for Plaintiff*

## ORDER

**IT IS ORDERED THAT** Wells Fargo shall respond to Plaintiff's Complaint on or before September 28, 2015.

**IT IS SO ORDERED.**

DATED: __August 26__, 2015.

                                                                UNITED STATES MAGISTRATE JUDGE

22392457